# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN JOHNSON

NO. 2021 KW 0460

**JUNE 21, 2021**

---

In Re:     John Johnson, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, Nos. 200909 & 200910.

---

**BEFORE:   GUIDRY, McDONALD, AND McCLENDON, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 2-13, 4-2, 4-3, and 4-5 (C)(11), by failing to provide this court with evidence of a timely filed notice of intent and documentation of a return date set by the district court. Additionally, relator failed to comply with Rules 4-5(C)(6), (7), (8), (9), and (10), as he failed to provide this court with a copy of the district court's ruling on his motion to suppress, a copy of the reasons for judgment, if any, a copy of the motion to suppress filed with the district court, the bill of information, a copy of any opposition filed, and all pertinent minute entries. Furthermore, although it is not a violation of the Uniform Rules, we note that relator failed to provide this court with a copy of any pertinent transcripts necessary to review his claims. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before July 20, 2021. Any future filing on this issue should include the entire contents of this application, the missing item(s) noted above, and a copy of this ruling.

**JMG**
**JMM**
**PMc**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT